UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Norman Smith**

Case No. 10-81240
Chapter 13

Social Security No. xxx-xx-7739
Address: 1203 Park Avenue, Durham, NC 27701-

Debtor

## AMENDED
## CERTIFICATE OF SERVICE

I, Patty Cherigo, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on May 19, 2011, I served copies of the foregoing **MOTION TO MODIFY PLAN** electronically, or when unavailable, by regular first-class U.S. mail, addressed to the following parties:

Norman Smith
1203 Park Avenue
Durham, NC 27701

U.S. Bankruptcy Administrator

Richard Hutson II
Chapter 13 Trustee

ERIC H. HOLDER JR.,
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

DAVID A HUBBERT
United States Department of Justice
Tax Division
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

INTERNAL REVENUE SERVICE
Attn: Managing Agent
P.O. Box 7346
Philadelphia, PA 19101-7346

UNITED STATES DISTRICT ATTORNEY' OFFICE
Middle District of North Carolina
P.O. Box 1858
Greensboro, NC 27402

/s Patty Cherigo
Patty Cherigo

```
Label Matrix for local noticing          Durham                                    AT&T
0418-1                                   P.O. Box 26100                            Post Office Box 8212
Case 10-81240                            Greensboro, NC 27402-6100                 Aurora, IL 60572-8212
Middle District of North Carolina
Durham
Thu May 19 16:30:54 EDT 2011

Absolute Collection Service              (p)AMERICAN GENERAL                       Aspire **
421 Fayetteville Street Mall             P O BOX 3251                              Post Office Box 105555
Ste 600                                  EVANSVILLE IN 47731-3251                  Atlanta, GA 30348-5555
Raleigh, NC 27601-1777


Aspire Visa                              Associated Credit Services, Inc.          At Home Professions
P.O. Box 23007                           Post Office Box 9100                      c/o USCB Corp.
Columbus, GA 31902-3007                  Hopkinton, MA 01748-9100                  POB 75
                                                                                   Archbald, PA 18403-0075


B-Real, LLC                              BP                                        Brock, Scott, & Ingersoll, PLLC
MS 550                                   5301 Maryland Way                         108 Giles Avenue, Ste 102
PO Box 91121                             Brentwood, TN 37027-5055                  Wilmington, NC 28403-4759
Seattle, WA 98111-9221


Capital One                              Capital One Bank (USA), NA                ChexSystems
Post Office Box 85830                    by American InfoSource LP as agent        Attn: Consumer Relations
Richmond, VA 23285-5830                  PO Box 71083                              7805 Hudson Road, Ste. 100
                                         Charlotte, NC 28272-1083                  Woodbury, MN 55125-1703


Cingular Wireless**                      CitiFinancial                             CitiFinancial Mortgage
826 East Park Drive                      P.O. Box 6931                             P.O. Box 9023
Grayson, KY 41143-9608                   The Lakes, NV 88901-6931                  Des Moines, IA 50368-9023


CitiMortgage, Inc                        Citifinancial                             Citifinancial
P O Box 140609                           3604 University Drive                     Post Office Box 70918
Irving, TX 75014-0609                    Durham, NC 27707-2638                     Charlotte, NC 28272-0918


Citifinancial Mortgage                   Credit Bureau                             Credit Bureau of Greensboro**
P.O. Box 142199                          Post Office Box 26140                     Post Office Box 26140
Irving, TX 75014-2199                    Greensboro, NC 27402-6140                 Greensboro, NC 27402-6140


Dick Patton                              Duke University Hospital**                Durham County Tax Collector
2030 I-85 Service Road                   PO Box 15000                              Post Office Box 3397
Durham, NC 27705                         Durham, NC 27704-0020                     Durham, NC 27702-3397


Durham Regional Hospital                 Employment Security Commission            Equifax Information Systems LLC
and Emergency Medical Service            Attn: Benefit Payment Control             P.O. Box 740241
402 Stadium Drive                        Post Office Box 26504                     Atlanta, GA 30374-0241
Durham, NC 27704-2779                    Raleigh, NC 27611-6504
```

Eugene Tatum
Post Office Box 15095
Durham, NC 27704-0095

Experian
P.O. Box 2002
Allen, TX 75013-2002

Fannie Mae
3900 Wisconsin Ave, NW
Washington, DC 20016-2892

Freddie Mac
8200 Jones Branch Dr
Mc Lean, VA 22102-3110

HSBC
P O Box 80084
Salinas, CA 93912-0084

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JEFFERSON CAPITAL SYSTEMS LLC
Jefferson Capital Systems, LLC
Purchased From MIDLAND CREDIT MANAGEMENT
orig by: ASPIRE VISA
PO BOX 7999
SAINT CLOUD, MN 56302-7999

Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

North Carolina Dept of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

North Carolina Employment Security
Commission
Post Office Box 26504
Raleigh, NC 27611-6504

Orchard Bank
c/o Household Credit Services
Post Office Box 5222
Carol Stream, IL 60197-5222

Rent-A-Center
3500 N Roxboro Street
Durham, NC 27704-2741

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Suncom Wireless
Post Office Box 96067
Charlotte, NC 28296-0067

The Money Centre
Post Office Box 470375
Charlotte, NC 28247-0375

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19016-2000

Tribute
Post Office Box 105374
Atlanta, GA 30348-5374

US Attorney's Office (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27402-1858

United States Attorney
Middle District
Post Office Box 1858
Greensboro, NC 27402-1858

Wells Fargo
6815 Fayetteville Road
Suite 102
Durham, NC 27713-7081

Wells Fargo Financial North Carolina, Inc.
4137 121st Street
Urbandale, IA 50323-2310

Worldwide Asset Purchasing II, LLC
c/o B-Line, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

John T. Orcutt
6616-203 Six Forks Rd.
Raleigh, NC 27615-6524

Norman Hugh Smith
1203 Park Avenue
Durham, NC 27701-3552

Richard M. Hutson II
Chapter 13 Office
302 East Pettigrew St., Suite B-140
P. O. Box 3613
Durham, NC 27702-3613

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American General Finance
1117 Shannon Road
Suite C
Durham, NC 27707-2159

Internal Revenue Service (MD)
Post Office Box 21126
Philadelphia, PA 19114-1126

(d)Internal Revenue Service (MD)**
Post Office Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Sheryl Smith
Unknown

End of Label Matrix
Mailable recipients   58
Bypassed recipients    1
Total                 59